IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN HUGHES,

              Plaintiff,

vs.

LANCASTER COUNTY,
NEBRASKA, et al.,

              Defendants.

4:22-CV-3228

JUDGMENT

On the parties' Stipulation and Joint Motion to Dismiss (filing 17), this case is dismissed with prejudice, costs taxed to the parties incurring the same.

Dated this 3rd day of April, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge